UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

-v-

Charlotte Wallace

                Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08

Case No. 07-CR-1033 (RJS)

ORDER

ECF

RICHARD J. SULLIVAN, District Judge:

The defendant is scheduled for sentence on May 29, 2008 at 10am.

The defendant's bail is hereby revoked and the defendant is hereby Ordered to surrender to the United States Marshal for the Southern District of New York by 5pm on February 7, 2008.

SO ORDERED

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

Dated: February 6, 2008
New York, New York