```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA           :

          - v. -                   :
                                          INFORMATION
                                   :
CHARLOTTE WALLACE,                        S1 07 Cr. 1033 (RJS)
                                   :

                                   :

                                   :

                                   :
               Defendant.          :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 0 6 2008

## COUNT ONE

The United States Attorney charges:

1.   From approximately in or about June 2006, up to and including on or about July 12, 2007, in the Southern District of New York and elsewhere, CHARLOTTE WALLACE, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that CHARLOTTE WALLACE, the defendant, and others known and unknown, would and did distribute, and possess with intent to distribute, a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21, United States Code.

(Title 21, United States Code, Section 846.)

## COUNT TWO

The United States Attorney further charges:

3. From approximately early July 2007, up to and including on or about July 12, 2007, in the Southern District of New York and elsewhere, CHARLOTTE WALLACE, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

4. It was a part and an object of the conspiracy that CHARLOTTE WALLACE, the defendant, and others known and unknown, would and did distribute, and possess with intent to distribute, a controlled substance, to wit, 500 grams and more of mixtures and substances containing a detectable amount of methamphetamine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

(Title 21, United States Code, Section 846.)

## COUNT THREE

The United States Attorney further charges:

5. From approximately in or about 1990, up to and including on or about July 12, 2007, in the Southern District of New York and elsewhere, CHARLOTTE WALLACE, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together

and with each other to violate the narcotics laws of the United States.

6.   It was a part and an object of the conspiracy that CHARLOTTE WALLACE, the defendant, and others known and unknown, would and did distribute, and possess with intent to distribute, a controlled substance, to wit, 50 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION

7.   As a result of committing the controlled substance offenses alleged in Counts One through Three of this Information, CHARLOTTE WALLACE, the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One through Three of this Information.

### Substitute Asset Provision

8.   If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant --

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third person;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846 and 853.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney

Case 1:07-cr-01033-RJS   Document 22   Filed 02/06/2008   Page 5 of 5