
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 15, 2008

**BY HAND**
The Honorable Richard J. Sullivan
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   **United States v. Charlotte Wallace**
             07 Cr. 1033 (RJS)

Dear Judge Sullivan:

    The Government writes to request that the sentencing in this case, currently scheduled for Thursday, May 29, 2008 at 10:00 a.m., be adjourned to a date in late June, July, or August 2008 that is convenient for the Court. It is anticipated that the defendant's cooperation will be completed by the end of this month. The Probation Office has previously prepared a draft PSR, which was distributed to the parties on April 21, 2008.

    I have spoken with Mark Gombiner, Esq., counsel for Ms. Wallace, and he has consented to this request.

                        Very truly yours,

                        MICHAEL J. GARCIA
                        United States Attorney
                        Southern District of New York

               By:   */s/ Julian J. Moore*
                      Julian J. Moore
                      Assistant United States Attorney
                      (212) 637-2473

cc: Marc Gombiner, Esq. (via fax)

*Sentence adjourned to July 30, 2008 @ 4PM.*

**SO ORDERED**
Dated: 5/22/08
*/s/ RICHARD J. SULLIVAN*
U.S.D.J.